CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO, | Case No. 2:21-cv-00915-RFB-VCF |
| Plaintiff, | |
| v. | **Stipulation and Order for Extension of Time** |
| ISABEL GUZMAN, ADMINISTRATOR, SMALL BUSINESS ADMINISTRATION, | **(First Request)** |
| Defendants. | |

    Defendants Isabel Guzman, Administrator, and Small Business Administration, ("Defendants") and Plaintiff Daniel Lucero ("Plaintiff") hereby stipulate and agree that Defendants may have a 21-day extension of time, from August 30, 2021 to September 20, 2021, to respond to Plaintiff's complaint. This stipulation is brought pursuant to Federal Rule of Civil Procedure 6(b)(1)(A).

    The process for obtaining records from Defendants has been considerably slowed because all employees at the facility where the records are located are teleworking due to the spread of COVID-19. Also, defense counsel's brother recently suffered a life-threatening medical condition that required her to travel to New Hampshire, where he lives. Under the circumstances, good cause exists to extend the time for Defendants to respond to Plaintiff's

complaint. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Defendants' first request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this extension request, and he has advised that he does not oppose the request. This stipulation is made in good faith and not for the purpose of undue delay.

Dated: August 30, 2021.

| BLACK & WADHAMS | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ Rusty Graf<br>RUSTY GRAF<br>Attorney for Plaintiff | /s/ *Holly A. Vance*<br>HOLLY A. VANCE<br>Assistant United States Attorney |

DATED: 8-30-2021

IT IS SO ORDERED:

**Cam Ferenbach**
UNITED STATES MAGISTRATE JUDGE