**BLACK & WADHAMS**
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: rgraf@blackwadhams.law
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO,<br><br>Plaintiff,<br><br>v.<br><br>ISABEL GUZMAN, ADMINISTRATOR SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | Case No. 2:21-cv-00915-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR OPPOSITION ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

COMES NOW, Plaintiff, DANIEL LUCERO, an individual, (hereinafter, "Plaintiff"), by and through his attorney, Rusty Graf, Esq. of the law firm of Black & Wadhams., and Defendant ISABEL GUZMAN[1], ADMINISTRATOR SMALL BUSINESS ADMINISTRATION (hereafter "Defendant") by and through her attorney Holly A. Vance, Esq., Assistant United States Attorney of the United States Attorney's Office, and hereby stipulate and agree that Plaintiff's opposition to the Motion needs to be extended due to the coronavirus pandemic. Counsel for Plaintiff has experienced issues related to work stoppage and staff support in allowing the preparing and timely

---

[1] The complaint refers to Defendant as "Isabel Guzman" but her name is "Isabella Casillas Guzman."

filing of the Opposition. Therefore, due to such hardships and good cause, the requested motion to extend is appropriate.

Plaintiff's opposition to the Motion will be due October 12, 2021. Defendant's Reply to Plaintiff's opposition will be due October 19, 2021.

Dated: September ____, 2021

**BLACK & WADHAMS**

By: */s/ Rusty Graf*
   Rusty Graf, Esq.
   10777 West Twain Avenue, Suite 300
   Las Vegas, NV 89135
   rgraf@blackwadhams.law
   *Attorneys for Plaintiff*

Dated: September ____, 2021

**UNITED STATES ATTTORNEY**

By: */s/Holly A. Vance, Esq.*
   Holly A. Vance, Esq.
   400 S. Virginia Street
   Reno, NV 89501
   Holly.A.Vance@usdoj.gov
   *Attorneys for Defendant*

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's opposition will be due October 12, 2021.

**ITS IS FURTHER ORDERED** Defendant's reply to Plaintiff's Opposition will be due October 19, 2021.

**IT IS SO ORDERED** this  27th  day of    September,    2021.

_____
RICHARD E. BOULWARE, II
United States District Court

*Respectfully submitted by:*

**BLACK & WADHAMS**

      */s/ Rusty Graf*      
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

*Accepted as to form and content:*

**UNITED STATES ATTORNEY**

      */s/ Holly A. Vance, Esq.*      
Holly A. Vance, Esq.
Nevada Bar No. 14853
400 Virginia Street., Suite 900
Reno, NV 89501
*Attorneys for Defendant*