CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 13644
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Defendant*
*United States Forest Service*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO,<br><br>           Plaintiff,<br><br>      v.<br><br>ISABEL GUZMAN, et al.,<br><br>           Defendant. | Case No. 2:21-cv-00915-RFB-VCF<br><br>**Motion to Defer Early Neutral Evaluation Session** |

Defendant Isabel Guzman ("Defendant")[1] hereby moves to defer the Early Neutral Evaluation session ("ENE"), currently scheduled for November 22, 2021, until after the close of discovery.  This motion is supported by the declaration of defense counsel.

**ARGUMENT**

Plaintiff Daniel Lucero ("Plaintiff") has filed suit, asserting four claims: race discrimination under Title VII; age discrimination under the Age Discrimination in Employment Act ("ADEA"); disability discrimination under the Rehabilitation Act; and

---

[1] The complaint refers to Defendant as "Isabel Guzman," but her name is "Isabella Casillas Guzman."

1

1  retaliation under Title VII. (ECF No. 9 ¶¶ 21-48). The Court recently scheduled an ENE for November 22, 2021 at 9:00 a.m. (ECF No. 14). On September 20, 2021, Defendant moved to dismiss Plaintiff's complaint. (ECF No. 13). That motion is not yet ripe.

Defendant seeks to defer the ENE until after the parties have had an opportunity to conduct discovery in the case. Defendant is unlikely to receive authorization from her superiors to resolve the case unless and until significant discovery occurs. (Vance Decl. ¶ 3). Moreover, the parties cannot properly frame the issues in the case until the Court decides Defendant's motion to dismiss. (*Id.*). Under the circumstances, participating in an ENE at this time would not be meaningful, productive, or fruitful. (*Id.*). Accordingly, Defendant respectfully requests that the ENE, currently scheduled for November 22, 2021, be deferred until after the close of discovery.

## CONCLUSION

For the reasons argued above, Defendant respectfully requests that the Court defer the ENE until after the close of discovery.

DATED: September 28, 2021.

        CHRISTOPHER CHIOU
        Acting United States Attorney

        /s *Holly A. Vance*
        HOLLY A. VANCE
        Assistant United States Attorney
        Counsel for Defendant

### Order

**IT IS SO ORDERED**

**DATED:** 10:46 am, September 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**