**BLACK & WADHAMS**
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: rgraf@blackwadhams.law
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DANIEL LUCERO, | Case No. 2:21-cv-00915-RFB-VCF |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR OPPOSITION ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT |
| ISABEL GUZMAN, ADMINISTRATOR SMALL BUSINESS ADMINISTRATION, | |
| Defendant. | SECOND REQUEST |

COMES NOW, Plaintiff, DANIEL LUCERO, an individual, (hereinafter, "Plaintiff"), by and through his attorney, Rusty Graf, Esq. of the law firm of Black & Wadhams., and Defendant ISABEL GUZMAN[1], ADMINISTRATOR SMALL BUSINESS ADMINISTRATION (hereafter "Defendant") by and through her attorney Holly A. Vance, Esq., Assistant United States Attorney of the United States Attorney's Office, and hereby stipulate and agree that Plaintiff's opposition to the Motion needs to be extended due to the coronavirus pandemic. Counsel for Plaintiff has experienced issues related to work stoppage and staff support in allowing the preparing and timely

---

[1] The complaint refers to Defendant as "Isabel Guzman" but her name is "Isabella Casillas Guzman."

filing of the Opposition. Therefore, due to such hardships and good cause, the requested stipulation to extend by two weeks is appropriate.

Plaintiff's opposition to the Motion was due on October 12, 2021, and will now be due October 26, 2021. Defendant's Reply to Plaintiff's opposition will be due November 3, 2021.

Dated: October 12, 2021                                    Dated: October 12, 2021

**BLACK & WADHAMS**                                        **UNITED STATES ATTTORNEY**


By:____*/s/ Rusty Graf*____                                By:____*/s/Holly A. Vance, Esq.*____
    Rusty Graf, Esq.                                            Holly A. Vance, Esq.
    10777 West Twain Avenue, Suite 300                           400 S. Virginia Street
    Las Vegas, NV 89135                                          Reno, NV 89501
    rgraf@blackwadhams.law                                       Holly.A.Vance@usdoj.gov
    *Attorneys for Plaintiff*                                    *Attorneys for Defendant*

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's opposition will be due October 26, 2021.

**ITS IS FURTHER ORDERED** Defendant's reply to Plaintiff's Opposition will be due November 2, 2021.

**IT IS SO ORDERED** this <u>13th</u> day of <u>October</u> 2021.

RICHARD E. BOULWARE, II
United States District Court

*Respectfully submitted by:*

**BLACK & WADHAMS**

_/s/ Rusty Graf_
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

*Accepted as to form and content:*

**UNITED STATES ATTORNEY**

_/s/ Holly A. Vance_
Holly A. Vance, Esq.
400 Virginia Street., Suite 900
Reno, NV 89501
*Attorneys for Defendant*