CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO,<br><br>         Plaintiff,<br><br>   v.<br><br>ISABEL GUZMAN, Administrator,<br>Small Business Administration,<br><br>         Defendant. | Case No. 2:21-cv-00915-RFB-VCF<br><br>**Stipulation and Order for Extension of Time**<br><br>**(First Request)** |

Defendant Isabel Guzman, Administrator, Small Business Administration, ("Defendant") and Plaintiff Daniel Lucero ("Plaintiff") hereby stipulate and agree that Defendant may have a seven-day extension of time, from November 2, 2021 to November 9, 2021, to reply to Plaintiff's Response to Agency's Motion to Dismiss (ECF No. 22). This stipulation is brought pursuant to Federal Rule of Civil Procedure 6(b)(1)(A).

Defense counsel's calendar is busier than normal with upcoming hearings and multiple filing deadlines in several cases, including one before the Ninth Circuit. Moreover, due to the coronavirus pandemic, defense counsel and her staff are in the office on a limited basis, thereby slowing the time it takes to prepare and file papers with the Court. Under the

circumstances, good cause exists to extend the deadline for Defendant to file her reply. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Defendant's first request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this extension request, and he has advised that he does not oppose the request. This stipulation is made in good faith and not for the purpose of undue delay.

Dated: November 2, 2021.

BLACK & WADHAMS                                CHRISTOPHER CHIOU
                                               Acting United States Attorney

/s/ Rusty Graf                                 /s/ Holly A. Vance
RUSTY GRAF                                     HOLLY A. VANCE
Attorney for Plaintiff                         Assistant United States Attorney


**DATED:** _____                          IT IS SO ORDERED:

                                               _____
                                               RICHARD E. BOULWARE, II
                                               United States District Court

                                               DATED this 4th day of November, 2021.

2