BLACK & WADHAMS
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: rgraf@blackwadhams.law
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DANIEL LUCERO, | Case No. 2:21-cv-00915-RFB-VCF |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR OPPOSITION ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT |
| ISABEL GUZMAN, ADMINISTRATOR SMALL BUSINESS ADMINISTRATION, | |
| Defendant. | FIRST REQUEST |

COMES NOW, Plaintiff, DANIEL LUCERO, an individual, (hereinafter, "Plaintiff"), by and through his attorney, Rusty Graf, Esq. of the law firm of Black & Wadhams., and Defendant ISABEL GUZMAN[1], ADMINISTRATOR SMALL BUSINESS ADMINISTRATION (hereafter "Defendant") by and through her attorney Allison Reppond, Esq., Assistant United States Attorney of the United States Attorney's Office, and hereby stipulate and agree that Plaintiff's opposition to the Motion be extended due to the scheduling conflicts and the pending holidays.

Therefore, due to scheduling conflicts and good cause, the requested stipulation to extend

---

[1] The complaint refers to Defendant as "Isabel Guzman" but her name is "Isabella Casillas Guzman."

by two weeks is appropriate.

Plaintiff's opposition to the Motion was due on November 14, 2022 and will now be due November 28, 2022. Defendant's Reply to Plaintiff's opposition will be due December 5, 2022.

Dated: November 14, 2022                                         Dated: November 14, 2022

**BLACK & WADHAMS**                                              **UNITED STATES ATTTORNEY**

By:  /s/ Rusty Graf                                              By:  /s/Allison Reppond, Esq.
    Rusty Graf, Esq.                                  Allison Reppond, Esq.
    10777 West Twain Avenue, Suite 300                 400 S. Virginia Street
    Las Vegas, NV 89135                                 Reno, NV 89501
    rgraf@blackwadhams.law                             Allison.Reppond@usdoj.gov
    *Attorneys for Plaintiff*                           *Attorneys for Defendant*

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's opposition will be due November 28, 2022.

**ITS IS FURTHER ORDERED** Defendant's reply to Plaintiff's Opposition will be due December 5, 2022.

**IT IS SO ORDERED** this 15th day of November 2022.

_____
RICHARD E. BOULWARE, II
United States District Court

*Respectfully submitted by:*

**BLACK & WADHAMS**

_____/s/ Rusty Graf_____
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

*Accepted as to form and content:*

**UNITED STATES ATTORNEY**

_____/s/ Allison Reppond___
Allison Reppond, Esq.
400 Virginia Street., Suite 900
Reno, NV 89501
*Attorneys for Defendant*