1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  ALLISON C REPPOND
   Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Allison.Reppond@usdoj.gov
6  *Attorneys for United States of America*

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO, | Case No. 2:21-cv-00915-RFB-VCF |
| Plaintiff, | |
| v. | **Stipulation and Order for Extension of Time for Defendants to File Their Reply in Support of Their Motion to Dismiss** |
| ISABEL GUZMAN, ADMINISTRATOR SMALL BUSINESS ADMINISTRATION, | |
| Defendant. | |

On October 28, 2022, Defendants Isabella Guzman and the Small Business Administration filed their Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 40). Plaintiff Daniel Lucero's response was initially due on November 14, 2022. On November 14, 2022, Defendants agreed to a stipulation allowing Plaintiff two additional weeks to complete and file his response. ECF No. 42. The Court granted the parties' stipulation on November 15, 2022, extending Plaintiff's deadline to file his response to November 28, 2022. Defendants' Reply in support of the Motion to Dismiss is currently due December 5, 2022. Plaintiff has agreed to extend the time for Defendant's Reply by one week.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for filing Defendants' Reply in support of its Motion to Dismiss. Due to unexpected circumstances, including a series of scheduling conflicts and delays associated with the recent holiday, with this Court's approval, the parties hereby agree that the deadline for Defendant to file the above-

mentioned Reply in support of its Motion for Summary Judgment by one week, or such other time as deemed appropriate by the Court. With a one-week extension, Defendants' Reply in support of their Motion to Dismiss will be due on December 12, 2022.

Respectfully submitted this 2nd day of December 2022.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | BLACK & WADHAMS |
| */s/ Allison C. Reppond*<br>ALLISON REPPOND<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>Allison.Reppond@usdoj.gov<br>*Attorneys for the United States* | */s/ Rusty Graf*<br>RUSTY GRAF, ESQ.<br>Nevada Bar No. 6322<br>10777 W. Twain Ave., 3rd Floor<br>Las Vegas, NV 89135<br>rgraf@blackwadhams.law<br>*Attorneys for Plaintiffs* |

## ORDER

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED this  5th  day of December, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE