JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO,<br><br>       Plaintiff,<br><br>v.<br><br>ISABEL GUZMAN, ADMINISTRATOR and SMALL BUSINESS ADMINISTRATION,<br><br>       Defendants. | Case No. 2:21-cv-00915-RFB-VCF<br><br>**Stipulation and Order to**<br>**Extend Certain Discovery Deadlines**<br>**(Third Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request a 30-day extension of certain discovery deadlines as, and for the reasons, set forth below. This stipulation is filed at least 21 days before the earliest deadline to be extended (close of discovery). This is the third request for an extension of the discovery schedule.

## DISCOVERY COMPLETED

The parties have completed the following disclosures and discovery:

The parties served their respective initial disclosures, and Plaintiff supplemented their disclosures.

Defendant served initial discovery requests, and Plaintiff responded to them.

## DISCOVERY REMAINING

Plaintiff and Defendant intend to depose the Parties and their representatives as well as the numerous witnesses to the allegations in this case, as well as any other witnesses.

Defendant scheduled the deposition of Plaintiff Daniel Lucero on May 25, 2023. Plaintiff scheduled the deposition of former SBA employee Denise Biaggi-Ayer on June 22, 2023.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The deposition of former SBA employee Denise Biaggi-Ayer was initially scheduled on June 1, 2023, but due to scheduling conflicts Plaintiff rescheduled her deposition to June 22, 2023, which is after the close of discovery. This extension is needed to complete the discovery in this case.

Additionally, the discovery cutoff and the dispositive motions deadlines were calculated incorrectly in the previously submitted Stipulation to Extend. The dispositive motions deadline is currently before the discovery cutoff deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Cutoff | 06/19/2023 | 07/19/2023 |
| Dispositive Motions | 06/08/2023 | 08/21/2023 |
| Proposed Joint Pretrial Order | 08/21/2023 | 09/20/2023[1] |

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 18th day of May 2023.

BLACK & WADHAMS

/s/ Rusty Graf
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: rgraf@blackwadhams.law
Attorney for Plaintiff

JASON M. FRIERSON
United States Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _6-2-2023_____

---

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.

3