JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO,<br><br>  Plaintiff,<br><br>v.<br><br>ISABEL GUZMAN, ADMINISTRATOR and SMALL BUSINESS ADMINISTRATION,<br><br>  Defendants. | Case No. 2:21-cv-00915-RFB-VCF<br><br>**Stipulation to Continue Hearing on Defendant's Motion to Dismiss** |

Pursuant to LR IA 6-1 and LR 7-1, the parties request continuance of the July 24, 2023, hearing on Defendant's Motion to Dismiss (ECF No. 40), as established in the Court's Order (ECF No. 56). This is the first request for a continuance of the hearing, and the grounds for the request are set forth below.

///

///

///

///

///

///

///

///

Undersigned defense counsel has a trial scheduled to begin July 24, 2023, in the matter of *Benneth v. United States*, No. 2:20-cv-1584-GMN-NJK. Due to the calendar conflict, the United States respectfully requests, and Plaintiff does not oppose an order rescheduling the July 24, 2023, hearing. Accordingly, the parties, through counsel, respectfully request a rescheduling of the hearing to a date in August 2023, convenient to the Court. This stipulation is submitted in good faith and not for purpose of undue delay.

Respectfully submitted this 27th day of June 2023.

| | |
|---|---|
| BLACK & WADHAMS | JASON M. FRIERSON<br>United States Attorney |
| */s/Rusty Graf*<br>RUSTY GRAF, Esq.<br>Nevada Bar No. 6322<br>10777 West Twain Avenue, 3rd Floor<br>Las Vegas, Nevada 89135<br>Telephone: (702) 869-8801<br>Facsimile: (702) 869-2669<br>E-mail: rgraf@blackwadhams.law<br>*Attorney for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |

**This matter is reset for August 21, 2023 at 2:00 p.m. in Courtroom 7c.**
**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:  JUNE 28, 2023**