JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DANIEL LUCERO,

     Plaintiff,

v.

ISABEL GUZMAN, ADMINISTRATOR
and SMALL BUSINESS
ADMINISTRATION,

     Defendants.

Case No. 2:21-cv-00915-RFB-MDC

**Stipulation and Order to**
**Extend Certain Discovery Deadlines**
**(Sixth Request)**

Pursuant to LR IA 6-1 and LR 26-3, the parties request an extension of the January 30, 2024, deadline to file dispositive motions to February 29, 2024, and all related briefing and JPTO deadlines thereafter, as follows. This is the sixth request for an extension.

### DISCOVERY COMPLETED

The parties have completed the following disclosures and discovery:

The parties served their respective initial disclosures, and Plaintiff supplemented their disclosures.

Defendant served initial discovery requests, and Plaintiff responded to them.

On June 16, 2023, Defendant took Plaintiff's deposition.

On June 22, 2023, Plaintiff took the deposition of former SBA employee Denise Biaggi-Ayer.

### DISCOVERY REMAINING

Discovery was completed on July 19, 2023.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

This request concerns only the dispositive motions and related briefing deadlines, and the Joint Pretrial Order deadline. The undersigned AUSA requests this extension because of a heavy workload – preparation for a settlement conference on February 5, 2024, in *Quintero v. US*, Case No. 2:22-cv-01943-GMN-NJK, briefs in other cases including a motion for summary judgment and motion to compel. Plaintiff's counsel does not object and suggested thirty (30) days for the extension due to his client being out of the country until mid-February. For these reasons, the parties agreed to the revised schedule below.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The extension of the remaining deadlines in the case would result in the following revised discovery schedule:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Dispositive Motions | 01/30/2024 | 02/29/2024 |
| Oppositions to Dispositive Motions | 02/29/2024 | 04/01/2024 |
| Replies re Dispositive Motions | 03/21/2024 | 04/22/2024 |
| Proposed Joint Pretrial Order | 02/29/2024 | 04/01/2024[1] |

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 18th day of January 2024.

BLACK & WADHAMS

*/s/Rusty Graf*
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
*Attorney for Plaintiff*


**Dated:** January 19, 2024

JASON M. FRIERSON
United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney


**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

---

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.

3