JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO,<br><br>    Plaintiff,<br><br>v.<br><br>ISABEL GUZMAN, ADMINISTRATOR and SMALL BUSINESS ADMINISTRATION,<br><br>    Defendants. | Case No. 2:21-cv-00915-RFB-MDC<br><br>**Stipulation and Order to**<br>**<u>Extend Certain Discovery Deadlines</u>**<br>**(Seventh Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request an extension of the February 29, 2024, deadline to file dispositive motions to March 14, 2024, and all related briefing and JPTO deadlines thereafter, as follows. This is the seventh request for an extension.

### DISCOVERY COMPLETED

The parties have completed the following disclosures and discovery:

The parties served their respective initial disclosures, and Plaintiff supplemented their disclosures.

Defendant served initial discovery requests, and Plaintiff responded to them.

On June 16, 2023, Defendant took Plaintiff's deposition.

On June 22, 2023, Plaintiff took the deposition of former SBA employee Denise Biaggi-Ayer.

### DISCOVERY REMAINING

Discovery was completed on July 19, 2023.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

This request concerns only the dispositive motions and related briefing deadlines, and the Joint Pretrial Order deadline. Both counsels have heavy workloads including the undersigned AUSA's – preparation for a settlement conference briefing and conference in *Pina v. US*, Case No. 2:22-cv-01946-ART-MDC, briefs in other cases including answers to complaints. Plaintiff's counsel does not object. For these reasons, the parties agreed to the revised schedule below.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The extension of the remaining deadlines in the case would result in the following revised discovery schedule:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Dispositive Motions | 02/29/2024 | 03/14/2024 |
| Oppositions to Dispositive Motions | 04/01/2024 | 04/15/2024 |
| Replies re Dispositive Motions | 04/22/2024 | 05/06/2024 |
| Proposed Joint Pretrial Order | 04/22/2024 | 05/06/2024[1] |

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 26th day of February 2024.

BLACK & WADHAMS

/s/ Rusty Graf
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
*Attorney for Plaintiff*

JASON M. FRIERSON
United States Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: 2-28-24** _____

---

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.