JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO,<br><br>                    Plaintiff,<br><br>v.<br><br>ISABEL GUZMAN, ADMINISTRATOR<br>and SMALL BUSINESS<br>ADMINISTRATION,<br><br>                    Defendants. | Case No. 2:21-cv-00915-RFB-MDC<br><br>**Stipulation and Order to<br><u>Extend Certain Discovery Deadlines</u><br>(Eighth Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request an extension of the March 14, 2024, deadline to file dispositive motions to June 14, 2024, and all related briefing and JPTO deadlines thereafter, as follows. This is the eighth request for an extension.

### DISCOVERY COMPLETED

The parties have completed the following disclosures and discovery:

The parties served their respective initial disclosures, and Plaintiff supplemented their disclosures.

Defendant served initial discovery requests, and Plaintiff responded to them.

On June 16, 2023, Defendant took Plaintiff's deposition.

On June 22, 2023, Plaintiff took the deposition of former SBA employee Denise Biaggi-Ayer.

### DISCOVERY REMAINING

Discovery was completed on July 19, 2023.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

This request concerns only the dispositive motions and related briefing deadlines, and the Joint Pretrial Order deadline. Undersigned defense counsel has had medical appointments out of state, which necessitated taking time off from work. Additionally, both counsels have heavy workloads including the undersigned AUSA's settlement conference brief due on March 14, 2024, for a settlement conference in *Pina v. United States of America*, Case No. 2:22-cv-01946-ART-MDC, scheduled on March 21, 2024, Plaintiff's deposition and expert disclosures in another matter the week of March 18, 2024, briefs in other cases including answers to complaints. Plaintiff's counsel agrees to this extension and advises that his March calendar is extremely busy. For these reasons, the parties agreed to the revised schedule below to have the necessary time to prepare dispositive motions, oppositions and replies.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The extension of the remaining deadlines in the case would result in the following revised discovery schedule:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Dispositive Motions | 03/14/2024 | 06/14/2024 |
| Oppositions to Dispositive Motions | 04/15/2024 | 07/15/2024 |
| Replies re Dispositive Motions | 05/06/2024 | 08/06/2024 |
| Proposed Joint Pretrial Order | 05/06/2024 | 08/06/2024[1] |

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 12th day of March 2024.

BLACK & WADHAMS

JASON M. FRIERSON
United States Attorney

/s/ Rusty Graf
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
*Attorney for Plaintiff*

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

**IT IS SO ORDERED: The parties' stipulation is DENIED without prejudice.** The parties may resubmit with a showing of good cause as to why they filed the stipulation less than 21 days before the subject dispositive motion deadline, as required by LR 26-3.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  3-14-24**

---

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.