JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO,<br><br>        Plaintiff,<br><br>    v.<br><br>ISABEL GUZMAN, ADMINISTRATOR<br>and SMALL BUSINESS<br>ADMINISTRATION,<br><br>        Defendants. | Case No. 2:21-cv-00915-RFB-MDC<br><br>**Stipulation and Order to Extend Time to Reply to Plaintiff's Response [ECF No. 85] to Federal Defendants' Motion for Summary Judgment [ECF No. 78]**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request an extension from August 22, 2024, to September 5, 2024, of the deadline for Federal Defendants to file a reply to Plaintiff's Response [ECF No. 85] to Federal Defendants' Motion for Summary Judgment [ECF No. 78]. Undersigned defense counsel will be on leave from August 15, 2024, to August 20, 2024, and Plaintiff does not oppose an extension to accommodate that leave. Accordingly, the parties, through counsel, respectfully request an extension of Federal Defendants' reply deadline to **September 5, 2024**.

This is the first request to extend Federal Defendants' time to reply to Plaintiff's Response [ECF No. 85]. This stipulation is submitted in good faith and not for purpose of undue delay.

///

///

///

Respectfully submitted this 12th day of August 2024.

BLACK & WADHAMS

_/s/ Rusty Graf, Esq._
RUSTY GRAF, Esq.
Nevada Bar No. 6322
10777 West Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
_Attorney for Plaintiff_

JASON M. FRIERSON
United States Attorney

_/s/ Virginia T. Tomova_
VIRGINIA T. TOMOVA
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** August 13, 2024

2