JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO,<br><br>          Plaintiff,<br><br>     v.<br><br>ISABEL GUZMAN, ADMINISTRATOR and SMALL BUSINESS ADMINISTRATION,<br><br>          Defendants. | Case No. 2:21-cv-00915-RFB-MDC<br><br>**Stipulation and Order to Extend Time to Reply to Plaintiff's Response [ECF No. 85] to Federal Defendants' Motion for Summary Judgment and to File a Joint Pre-Trial Order [ECF No. 78]**<br><br>**(Third Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request an extension from October 4, 2024, to October 18, 2024, of the deadline for Federal Defendants to file a reply to Plaintiff's Response [ECF No. 85] to Federal Defendants' Motion for Summary Judgment [ECF No. 78]. The extension is necessary because undersigned counsel for Federal Defendant has a heavy motion load, including a response to a countermotion for summary judgment, a motion for summary judgment, a motion regarding ghost writing, an expert deposition, preparation of settlement evaluation memorandum, and participation in settlement negotiation over the next two weeks. Accordingly, the parties, through counsel, stipulate and respectfully request that the deadline to file a reply to the Plaintiff's response is extended to **October 18, 2024**.

The parties, through counsel, also respectfully request the joint pretrial order date, currently set for October 4, 2024, be extended to October 18, 2024, to maintain the matched filing deadlines set out in ECF Nos. 84 and 94.

This is the third request to extend Federal Defendants' time to reply to Plaintiff's Response [ECF No. 85]. This stipulation is submitted in good faith and not for purpose of undue delay.

Respectfully submitted this 17th day of September 2024.

| | |
|---|---|
| BLACK & WADHAMS | JASON M. FRIERSON<br>United States Attorney |
| */s/ Rusty Graf, Esq.*<br>RUSTY GRAF, ESQ.<br>Nevada Bar No. 6322<br>10777 West Twain Avenue, 3rd Floor<br>Las Vegas, Nevada 89135<br>*Attorney for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |

**DATED:** September 18, 2024.

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**