**SAO**
Rusty Graf, Esq.
Nevada Bar No. 6322
**BLACK & WADHAMS**
10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
rgraf@blackwadhams.law
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL LUCERO,<br><br>Plaintiff<br><br>v.<br><br>ISABEL GUZMAN, ADMINISTRATOR and SMALL BUSINESS ADMINISTRATION<br><br>Defendants. | CASE NO.: 2:21-cv-00915-RFB-MDC<br><br>**Stipulation and Order to Extend the Time to File a Joint Pretrial Order** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request an extension from November 15, 2024, to December 16, 2024, of the deadline for Plaintiff Daniel Lucero and Federal Defendants Isabel Guzman, Administrator and Small Business Administration to submit a Joint Pretrial Order. The extension is necessary because Plaintiff's counsel is having health issues. Accordingly, the parties, through counsel, stipulate and respectfully request that the deadline to file the Joint Pretrial Orders is extended to **December 16, 2024**.

This is the fourth request to extend the time to file a Joint Pretrial Order.

/ / /

/ / /

/ / /

/ / /

1

This fourth request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 15th day of November 2024.

| BLACK & WADHAMS | JASON M. FRIERSON, ESQ.<br>United States Attorney |
|---|---|
| _/s/ Rusty Graf_<br>RUSTY GRAF, ESQ.<br>Nevada Bar No. 6322<br>10777 W. Twain Ave., Ste. 300<br>Las Vegas, NV 89135<br>Telephone: (702) 869-8801<br>(702) 869-2669 (fax)<br>rgraf@blackwadhams.law<br>*Counsel for Plaintiff* | _/s/ Virginia T. Tomova_<br>VIRGINIA T. TOMOVA, ESQ.<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES JUDGE**

**DATED:** November 19, 2024