SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL LUCERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISABEL GUZMAN, ADMINISTRATOR and SMALL BUSINESS ADMINISTRATION,<br><br>　　　　Defendants. | Case No. 2:21-cv-00915-RFB-MDC<br><br>**Stipulation and Order to Extend Time to File an Amended Joint Proposed Pretrial Order per ECF No. 113**<br><br>**(First Request)** |

　　　　Pursuant to LR IA 6-1 and LR 26-3, the parties request a 30-day extension from June 2, 2025, to July 2, 2025, of the deadline for Plaintiff Daniel Lucero and Federal Defendants Isabel Guzman and Small Business Administration to submit an Amended Proposed Joint Pretrial Order. ECF No. 113. This extension is necessary because the parties are discussing possible settlement, and they need the additional time to finalize their list of witnesses and exhibits. Accordingly, the parties, through counsel, stipulate and respectfully request that the deadline to file the Amended Proposed Joint Pretrial Order be extended to **July 2, 2025**.

　　　　This is the first request to extend the time to file an Amended Proposed Joint Pretrial Order. This stipulation is submitted in good faith and not for purpose of undue delay.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted this 29th day of May 2025.

| | |
|---|---|
| BLACK & WADHAMS | SIGAL CHATTAH<br>United States Attorney |
| */s/ Rusty Graf, Esq.*<br>RUSTY GRAF, ESQ.<br>Nevada Bar No. 6322<br>10777 West Twain Avenue, Ste. 300<br>Las Vegas, Nevada 89135 | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the Federal Defendants* |

**IT IS SO ORDERED.**

**DATED** this 30th day of May, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**