SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL LUCERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISABEL GUZMAN, ADMINISTRATOR and SMALL BUSINESS ADMINISTRATION,<br><br>　　　　Defendants. | Case No. 2:21-cv-00915-RFB-MDC<br><br>**Stipulation and Order to Extend Time to File an Amended Joint Proposed Pretrial Order per ECF No. 113**<br><br>**(Third Request)** |

　　　　Pursuant to LR IA 6-1 and LR 26-3, the parties request a 60-day extension from September 30, 2025, to November 28, 2025, of the deadline for Plaintiff Daniel Lucero and Federal Defendants Isabel Guzman and Small Business Administration to submit an Amended Proposed Joint Pretrial Order. ECF Nos. 113, 117. This extension is necessary because the parties are actively engaged in ongoing settlement discussions, and they need the additional time to finalize their list of witnesses and exhibits. Furthermore, it is highly likely that the United States Government will shut down due to lapse in federal appropriated funding. Accordingly, the parties, through counsel, stipulate and respectfully request that the deadline to file the Amended Proposed Joint Pretrial Order be extended to **November 28, 2025**.

This is the third request to extend the time to file an Amended Proposed Joint Pretrial Order. This stipulation is submitted in good faith and not for purpose of undue delay.

Respectfully submitted this 30th day of September 2025.

| | |
|---|---|
| BLACK & WADHAMS | SIGAL CHATTAH<br>Acting United States Attorney |
| /s/ Rusty Graf, Esq.<br>RUSTY GRAF, ESQ.<br>Nevada Bar No. 6322<br>10777 West Twain Avenue, Ste. 300<br>Las Vegas, Nevada 89135 | /s/ Tamer B. Botros<br>TAMER B. BOTROS<br>Assistant United States Attorney<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the Federal Defendants* |

**IT IS SO ORDERED.**

DATED this 1st day October, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE