TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL LUCERO,<br><br>Plaintiff,<br><br>v.<br><br>ISABEL GUZMAN, ADMINISTRATOR and SMALL BUSINESS ADMINISTRATION,<br><br>Defendants. | Case No. 2:21-cv-00915-RFB-MDC<br><br>**Stipulation and Order to Extend Time to File an Amended Joint Proposed Pretrial Order, per ECF No. 122**<br><br>**(Sixth Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request a 180-day extension from October 20, 2026, to April 20, 2027, of the deadline for Plaintiff Daniel Lucero and Federal Defendants Isabel Guzman and Small Business Administration to submit an Amended Proposed Joint Pretrial Order. ECF No. 122. This extension is necessary because the parties have continued settlement discussions and agree that they will be filing stipulation and order for a settlement conference once they agree on mutually suitable dates, which they hope will obviate the need for trial proceedings and further expenses. Accordingly, the parties, through counsel, have conferred, stipulate, and respectfully request that the deadline to file the Amended Proposed Joint Pretrial Order be extended to **April 20, 2027**, by which time the

parties anticipate the completion of a stipulated settlement conference and resolution of the matter.

This is the sixth request to extend the time to file an Amended Proposed Joint Pretrial Order. This stipulation is submitted in good faith and not for purpose of undue delay.

Respectfully submitted this 26th day of October 2026.

BLACK & WADHAMS

*/s/ Rusty Graf*
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 West Twain Avenue, Ste. 300
Las Vegas, Nevada 89135

*Attorney for Plaintiff*

TODD BLANCHE
Attorney General of The United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for the Federal Defendants*

**IT IS SO ORDERED:**

**Hon. Maximiliano D. Couvillier, III**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 4, 2026